DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLIVER NAIL,<br><br>     Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>     Defendant.<br> | Case No. 1:23-cv-01107-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 25, 2023 to December 26, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1   on the same week. For the weeks of October 23, 2023 and October 30, 2023,

2   Counsel has seventeen merit briefs, a reply briefs, and a Plaintiff's Settlement

3   Proposal due. Additionally, Counsel is currently on stand-by for jury service.

4   Counsel requires additional time to brief the issues thoroughly for the Court's

5   consideration. Defendant does not oppose the requested extension.  Counsel

6   apologizes to the Defendant and Court for any inconvenience this may cause.

7

8

9

10                                          Respectfully submitted,

11   Dated: October 12, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

12

13                                  By: */s/ Dolly M. Trompeter*

14                                      DOLLY M. TROMPETER
                                        Attorneys for Plaintiff
15

16

17

18   Dated: October 12, 2023        PHILLIP A. TALBERT
                                     United States Attorney
19                                   PETER K. THOMPSON
                                     Acting Regional Chief Counsel, Region IX
20                                   Social Security Administration

21

22

23                                  By:  */s/ Michael Marriott*
                                         Michael Marriott
24                                       Special Assistant United States Attorney
                                         Attorneys for Defendant
25                                       (*As authorized by email on October 12, 2023)

26

27

28

1

## **ORDER**

2          Pursuant to the parties' stipulation, and cause appearing, Plaintiff's deadline

3 to file a motion for summary judgment is extended to December 26, 2023.  All

4 other deadlines in the Court's Scheduling Order are modified accordingly.  The

5 parties are advised that no further extensions of time will be granted absent a

6 demonstrated showing of good cause.

7

8 IT IS SO ORDERED.

9     Dated:   **October 16, 2023**                    /s/ *Barbara A. McAuliffe*

10                                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3