# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLIVER NAIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:23-cv-1107 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 17)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JAMES OLIVER NAIL AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY |

　　　　James Oliver Nail and Martin O'Malley, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 17.) Pursuant to the terms of the stipulation, the final decision of the Commissioner is reversed, and the Appeals Counsel shall "remand the case to an Administrative Law Judge… for a new decision, and instruct the ALJ to re-evaluate the evidence of record." (*Id*. at 1.) The parties also stipulated judgment shall be entered in favor of Plaintiff and against the Defendant. (*Id*.) Based upon the terms of the stipulation, the Court **ORDERS**:

　　　　1.　　　　The matter is **REMANDED** for further administrative proceedings under sentence four

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this suit.

1

of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (Doc. 15) is terminated as **MOOT**.

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff James Oliver Nail and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **January 25, 2024**

_____
UNITED STATES DISTRICT JUDGE