UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLIVER NAIL,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>        Defendant. | Case No.: 1:23-cv-1107 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 20) |

James Oliver Nail and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $5,996.66 pursuant to the Equal Access to Justice Act. (Doc. 20 at 1.) Accordingly, the Court **ORDERS**, subject to the terms of the parties' stipulation: Plaintiff is **AWARDED** fees and expenses in the amount of $5,996.66 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

   Dated:   **April 29, 2024**

                                                      /s/ Jennifer L. Thurston
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this action